A CERTIFIED TRUE COPY

NOV 21 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
ASHEVILLE, N. C.

DEC 10, 2005

U.S. DISTRICT COURT
DOCKET NO. 1507 OF N. C. / :05 cv 254

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV -3 2005

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 28 2005

JAMES W. McCORMACK, CLERK
BY: _____ DEP CLERK

### CONDITIONAL TRANSFER ORDER (CTO-58)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,434 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 21 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

BY _____ D.C.

# SCHEDULE CTO-56 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS WESTERN** | |
| ARW 1 05-1094 | Beverly Vernon v. Wyeth, Inc., et al. |
| ARW 2 05-2142 | Bobby Davis v. Wyeth, et al. |
| | |
| **CALIFORNIA CENTRAL** | |
| CAC 2 05-4762 | Patricia Brunner v. Wyeth, et al. |
| ~~CAC 2 05-6963~~ | ~~Ginger Uyechi, et al. v. Novo Nordisk Delivery Technologies, Inc., et al.~~ Opposed 11/15/05 |
| | |
| **CALIFORNIA NORTHERN** | |
| CAN 4 05-1214 | Annette Langer v. Wyeth, Inc., et al. |
| | |
| **FLORIDA SOUTHERN** | |
| FLS 1 05-22466 | Carole Repensek v. Wyeth, et al. |
| FLS 9 05-80841 | Concetta Olin v. Wyeth, et al. |
| | |
| **ILLINOIS SOUTHERN** | |
| ILS 4 05-4135 | Darla Jean Dotson, et al. v. Wyeth, et al. |
| | |
| **KANSAS** | |
| KS 2 05-2308 | Martha J. Peyton, et al. v. Wyeth |
| | |
| **MINNESOTA** | |
| MN 0 05-2061 | Joan Litteer, et al. v. Wyeth, et al. |
| MN 0 05-2104 | Nellie Cork v. Wyeth, et al. |
| MN 0 05-2129 | Helga K. Smith v. Wyeth, et al. |
| MN 0 05-2209 | Lillian Ciccarelli, et al. v. Wyeth, et al. |
| MN 0 05-2226 | Patricia Price v. Wyeth, et al. |
| MN 0 05-2227 | Rita Feinstein, et al. v. Wyeth, et al. |
| MN 0 05-2228 | LaVerne Shanahan v. Wyeth, et al. |
| MN 0 05-2233 | Ardella Pecha v. Wyeth Pharmaceuticals, Inc., et al. |
| MN 0 05-2234 | Bonnie Bugh v. Wyeth Pharmaceuticals, Inc., et al. |
| MN 0 05-2235 | Mary L. Norman v. Wyeth Pharmaceuticals, Inc., et al. |
| MN 0 05-2239 | Edith Hoen v. Wyeth, et al. |
| MN 0 05-2240 | Marie Francis v. Wyeth, et al. |
| MN 0 05-2282 | Deborah Johnson v. Wyeth, et al. |
| MN 0 05-2312 | Mary Ann Rearden v. Wyeth, et al. |
| MN 0 05-2313 | Becky J. Carter v. Wyeth, et al. |
| MN 0 05-2314 | Dimple Hisaw v. Wyeth, et al. |
| MN 0 05-2330 | Thelma Wells v. Wyeth, et al. |
| MN 0 05-2345 | Phyllis Nowak, et al. v. Wyeth, et al. |
| MN 0 05-2346 | Mary Young v. Wyeth, et al. |
| | |
| **MISSOURI EASTERN** | |
| MOE 4 05-1135 | Mary C. Crider, et al. v. Wyeth |
| MOE 4 05-1136 | Joyce E. Albin, et al. v. Wyeth, et al. |
| MOE 4 05-1271 | Jayne Elizabeth Walters, et al. v. Wyeth, et al. |

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NORTH CAROLINA WESTERN** | |
| NCW 1  05-254 | Betty A. Moore v. Wyeth, Inc., et al. |
| **NEBRASKA** | |
| NE  8  05-465 | Sharon Virka, et al. v. Wyeth, et al. |
| **OHIO NORTHERN** | |
| OHN 1  05-2118 | Lana Ann Nolen, et al. v. Wyeth, Inc., et al. |
| OHN 5  05-2116 | Jennifer Brubaker v. Wyeth, Inc., et al. |
| OHN 5  05-2117 | Rose Ann Mastroine v. Wyeth, Inc., et al. |
| OHN 5  05-2190 | Patricia Weigand v. Wyeth, Inc., et al. |
| **OHIO SOUTHERN** | |
| OHS 2  05-872 | Joyce A. West, et al. v. Wyeth, Inc., et al. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2  05-4064 | Barbara Strey, et al. v. Wyeth, et al. |
| PAE 2  05-4831 | Patricia K. Shumpert, et al. v. Wyeth, et al. |
| PAE 2  05-4832 | Dorothy P. Hooks, et al. v. Wyeth, et al. |
| **TEXAS EASTERN** | |
| TXE 1  05-601 | Judy Davis, et al. v. Wyeth, et al. |
| **TEXAS NORTHERN** | |
| TXN 5  05-191 | Jackie Gillen v. Wyeth, et al. |
| **TEXAS WESTERN** | |
| TXW 7  05-136 | Mildred Lucille Shields v. Wyeth, Inc. |
| **WYOMING** | |
| WY  2  05-250 | Colleen Langston, et al. v. Wyeth, Inc., et al. |