A TRUE COPY I CERTIFY

James W. McCormack, Clerk

By: /s/ Tammy Downs D.C. on
**Mar 08, 2012**

For the United States District Court
Eastern District of Arkansas

-- CORRECTED COPY --

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 07 2012

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION

MDL No. 1507

(SEE ATTACHED SCHEDULE)

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Arkansas.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 07, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION

MDL No. 1507

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | | |
|---|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
| ~~ARE~~ | 4 | ~~06−00055~~ | ~~CAN~~ | 4 | ~~05−01214~~ | ~~Langer v. Wyeth Inc et al~~ | Opposed 03/05/2012 |
| ARE | 4 | 05−01589 | FLM | 2 | 05−00144 | Hinson et al v. Wyeth et al | |
| ~~ARE~~ | 4 | ~~06−00176~~ | ~~FLM~~ | 2 | ~~05−00519~~ | ~~Tremblay et al v. Wyeth et al~~ | Opposed 03/05/2012 |
| ~~ARE~~ | 4 | ~~06−00743~~ | ~~FLM~~ | 2 | ~~06−00129~~ | ~~Nelson et al v. Wyeth et al~~ | Opposed 03/05/2012 |
| ARE | 4 | 05−01588 | FLM | 5 | 05−00197 | Lewis v. Wyeth Inc et al | |
| ARE | 4 | 05−00676 | FLM | 8 | 05−00279 | Smith v. Wyeth, et al | |
| ARE | 4 | 05−00817 | FLM | 8 | 05−00296 | Dooley v. Wyeth Inc, et al | |
| ARE | 4 | 05−01619 | FLM | 8 | 05−00749 | Boese v. Wyeth Inc et al | |
| ARE | 4 | 05−01693 | FLM | 8 | 05−01550 | Epstein v. Wyeth Inc et al | |
| ~~ARE~~ | 4 | ~~05−01914~~ | ~~FLS~~ | 9 | ~~05−80841~~ | ~~Olin v. Wyeth et al~~ | Opposed 03/05/2012 |
| ARE | 4 | 05−00653 | KYE | 7 | 05−00058 | Gibson, et al v. Wyeth, et al | |
| ~~ARE~~ | 4 | ~~05−01367~~ | ~~MD~~ | 1 | ~~05−01778~~ | ~~Jewer et al v. Wyeth et al~~ | Opposed 03/05/2012 |
| ARE | 4 | 05−00655 | MN | 0 | 05−00263 | Holt v. Wyeth, et al | |
| ARE | 4 | 06−01166 | MOE | 4 | 06−00268 | Beck et al v. Wyeth et al | |
| ARE | 4 | 06−01147 | MOE | 4 | 06−00271 | Ferguson et al v. Wyeth et al | |
| ARE | 4 | 06−01188 | MOE | 4 | 06−00276 | Calma et al v. Wyeth et al | |
| ARE | 4 | 06−01196 | MOE | 4 | 06−00286 | Johnson et al v. Wyeth et al | |
| ARE | 4 | 06−01201 | MOE | 4 | 06−00292 | Wejrowski et al v. Wyeth et al | |
| ARE | 4 | 06−01150 | MOE | 4 | 06−00298 | Hellman et al v. Wyeth et al | |
| ARE | 4 | 05−00860 | MSS | 3 | 05−00177 | Hull, et al v. Wyeth, et al | |
| ARE | 4 | 05−01917 | NCW | 1 | 05−00254 | Moore v. Wyeth Inc et al | |
| ~~ARE~~ | 4 | ~~04−01000~~ | ~~TXN~~ | 2 | ~~04−00165~~ | ~~Sara James v. Wyeth, et al.~~ | Opposed 03/05/2012 |
| ~~ARE~~ | 4 | ~~04−01260~~ | ~~WVS~~ | 2 | ~~04−00691~~ | ~~McCumbers, et al v. Wyeth, et al~~ | Opposed 03/05/2012 |

\* − denotes that the civil action has been severed.