IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:05 CV 254

| | | |
|---|---|---|
| BETTY A. MOORE, | ) | |
| Plaintiff | ) ) ) | |
| V | ) ) | ORDER |
| WYETH INC., et al., | ) ) ) | |
| Defendants | ) | |

**THIS MATTER** is before the court on Brian L. Kinsley's Application for Admission to Practice *Pro Hac Vice* of Leila H. Watson. It appearing that Leila H. Watson is a member in good standing with the Alabama State Bar and will be appearing with Brian L. Kinsley, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Brian L. Kinsley's Application for Admission to Practice *Pro Hac Vice* (#15) of Leila H. Watson is **GRANTED**, and that Leila H. Watson is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Brian L. Kinsley.

Signed: March 13, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge