# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:05cv254

| | |
|---|---|
| BETTY A. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WYETH, INC., et al., ) | |
| ) | |
| Defendants. ) | |

Previously, the Judicial Panel on Multidistrict Litigation ("Panel") transferred this case to the United States District Court for the Eastern District of Arkansas for consolidated pretrial proceedings. (Order, Nov. 21, 2005.) Upon the completion of the pretrial proceedings, the Panel remanded this case to this Court. (Order, Mar. 7, 2012.) Accordingly, the Court **DIRECTS** the parties file a consolidated status report with the Court stating the status of the case and what remains for the Court to address. The Court will then enter a Scheduling Order setting a time frame for the final resolution of this case.

In addition, the parties should discuss and indicate whether they consent to having this case tried before a Magistrate Judge because this case was not assigned to a District Judge prior to transferring the case to the Eastern District of Arkansas.

1

If the parties consent to the jurisdiction of the Magistrate Judge, then they should execute and file a Joint Stipulation of Consent to Exercise of Jurisdiction by a United Magistrate Judge pursuant to Local Rule 73.1.

Signed: March 15, 2012

Dennis L. Howell
United States Magistrate Judge