IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:05 CV 254

| | | |
|---|---|---|
| BETTY A. MOORE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| WYETH INC.; WYETH | ) | |
| PHARMACEUTICALS INC.; | ) | |
| GREENSTONE LTD.; PFIZER INC.; and | ) | |
| PHARMACIA & UPJOHN COMPANY | ) | |
| LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on Nicholas J. Voelker's application for Admission to Practice *Pro Hac Vice* of Rebecca Lee Wiggs. It appearing that Rebecca Lee Wiggs is a member in good standing with the Mississippi State Bar and will be appearing with Nicholas J. Voelker, a member in good standing with the Bar of this court, and that all admission fees have been paid. Upon review of the motion and the Local Rules of Civil Procedure for the Western District of North Carolina, it does not appear that Mr. Voelker's motion complies with LCvR 83.1(E)(2)(b) in that it does not include the email address of the attorney seeking admission.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Nicholas J. Voelker's Application for Admission to Practice *Pro Hac Vice* (#21) of Rebecca Lee Wiggs is **GRANTED**, but

that the email address of Rebecca Lee Wiggs must be provided to this court within five (5) business days of the filing of this Order or Nicholas J. Voelker will have to file a new motion for admission to practice *Pro Hac Vice* and pay an additional filing fee seeking to have Rebecca Lee Wiggs **ADMITTED** to practice, *Pro Hac Vice*, before the Bar of this court while associated with Nicholas J. Voelker.

Signed: March 22, 2012

Dennis L. Howell
United States Magistrate Judge