## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:05cv254

| | | |
|---|---|---|
| BETTY A. MOORE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WYETH, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Previously, the Court directed the parties to "file a consolidated status report with the Court stating the status of the case and what remains for the Court to address." (Order, Mar. 15, 2012.) In addition, the Court directed the parties to indicate whether they consent to have this case tried before a United States Magistrate Judge. (Id.) The parties, however, have not complied with the Court's Order. Accordingly, the Court **ORDERS** the parties to comply with the Court's March 15, 2012, Order by May 9, 2012, or this Court will recommend to the District Court that this case be dismissed for the failure to comply with an Order of the Court.

Signed: May 4, 2012

Dennis L. Howell
United States Magistrate Judge