IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:05-cv-254

| | |
|---|---|
| BETTY A. MOORE, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> WYETH INC.; WYETH ) </br> PHARMACEUTICALS INC.; ) </br> GREENSTONE LTD.; PFIZER INC.; and ) </br> PHARMACIA & UPJOHN COMPANY LLC,) </br> ) </br> Defendants. ) </br> _____) | ORDER |

This matter has come before the undersigned upon the Court's own motion. The records show that the undersigned is the presiding judge in this case. However, an examination of the file does not show that the parties filed a consent to the jurisdiction of the Magistrate Judge. The parties have reported in their Joint Rule 26(f) Report (#25) that they do not agree to the jurisdiction of the Magistrate Judge. The court considers it appropriate to enter an Order directing that this matter be transferred to the jurisdiction of the district court with the undersigned as a referral judge.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the jurisdiction of this matter is transferred to the district court with the undersigned being considered as the referral judge in this matter.

-1-

Signed: May 16, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge