THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:05-cv-00254-MR-DLH

| | |
|---|---|
| BETTY A. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | O R D E R |
| ) | |
| WYETH, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the parties' Motion for Stay Pending Final Resolution [Doc. 42].

For the reasons stated in the parties' Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Motion for Stay [Doc. 42] is **GRANTED**, and all existing deadlines in this case are hereby stayed pending further Order of the Court.

**IT IS FURTHER ORDERED** that the parties shall file a stipulation of dismissal of this case within sixty (60) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: March 30, 2013

Martin Reidinger
United States District Judge