# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:05-cv-00254-MR-DLH

| | | |
|---|---|---|
| BETTY A. MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| WYETH, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the parties' Joint Status Report [Doc. 44].

On March 28, 2013, the parties filed a joint motion seeking to stay all deadlines, including the trial date, pending a final resolution of this matter. The parties specifically represented that it would "take approximately 60 days to finalize the necessary paperwork and obtain the necessary signatures on release of liens so that the parties will be able to submit to the Court an order of dismissal with prejudice." [Doc. 42 at 1]. On April 1, 2013, the Court granted the parties' motion and ordered the filing of a stipulation of dismissal within 60 days. [Doc. 43].

On May 29, 2013, the parties filed the present Joint Status Report, advising that they are continuing to complete the documentation necessary to bring this case to a close, and that they anticipate that the case may be dismissed by July 28, 2013. The parties therefore request that the Court maintain the current stay for an additional 60 days. [Doc. 44].

The parties have failed to show good cause for staying this matter for another 60 days. In fact, the parties have failed to provide any reason why they have failed to comply with this Court's order. The Court, however, will extend the stay for an additional 15 days, after which the stay will be lifted automatically and this matter will be returned to the Court's trial calendar.

Accordingly, **IT IS, THEREFORE, ORDERED** that all existing deadlines in this case are hereby stayed until **June 14, 2013**.

**IT IS FURTHER ORDERED** that the parties shall file a stipulation of dismissal of this case on or before **June 14, 2013**.

**IT IS SO ORDERED.** Signed: May 30, 2013

Martin Reidinger
United States District Judge